# United States District Court
## Southern District of Georgia

RICHARD EDWARD STEPHENS,

        Plaintiff,

v.

LELAND DUDEK, acting Commissioner of
Social Security Administration,

        Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 624-056

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's March 27, 2025 Order and pursuant to sentence four of 42 U.S.C. § 405(g), the Commissioner's unopposed motion for entry of judgment with reversal and remand is granted, and judgment is entered in favor of Plaintiff. The Commissioner's decision is reversed, and this action is remanded for further proceedings. This case stands closed.

3/27/2025
Date

John E. Triplett, Clerk of Court
Clerk



(By) Deputy Clerk

GAS Rev 10/2020